UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUGHING RABBIT, INC.,

                    Plaintiff(s),

          v.

PETERSON INDUSTRIES, L.L.C.,

                    Defendant(s).

NO. C06-754P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of the "Non-Joint Status Report and Discovery Plan" filed by Plaintiff in this matter (Dkt. No. 7).   Plaintiff states that, while "Defendant Peterson Industries, L.L.C. . . . has yet to appear in the matter or file an Answer to the Plaintiff's Complaint. . . the parties through their principles have engaged in reasonable settlement discussions. . ." (Id. at pp. 1-2).

The Court herewith directs the parties to confer and file a <u>joint</u> status report in this matter within 30 days of the date of this order.

Filed this 29th day of September, 2006.

BRUCE RIFKIN, Clerk

By      /s Mary Duett
        Deputy Clerk

MINUTE ORDER